James McD. SHEA, Appellant, v. SECOND NATIONAL BANK OF WASHINGTON (a banking corporation), Trustee under the Will of John J. Bowles, deceased; Eugene E. Sykes, H. L. Rust Company, Thomas G. Slater.

No. 8664.

United States Court of Appeals

District of Columbia.

Argued May 10, 1944.

Decided July 10, 1944.

Mr. John J. Wilson, of Washington, D. C., with whom Mr. Roger J. Whiteford, of Washington, D. C., was on the brief, for appellant.

Mr. E. F. Colladay, of Washington, D. C., for appellee Second National Bank.

Mr. Joseph T. Sherier, of Washington, D. C., with whom Mr. J. Allan Sherier, of Washington, D. C., was on the brief, for appellees Thomas G. Slater and H. L. Rust Company.

Messrs. Francis W. Ilill, Jr., and Augustus P. Crenshaw III, both of Washington, D. C., were on the memorandum for appellee Eugene E. Sykes.

Before GRONER, Chief Justice, and MILLER and ARNOLD, Associate Justices.

PER CURIAM.

When this case came to us on an earlier appeal,[1] we stated the applicable law, indicated the issues which should be tried and the evidence which should be produced for that purpose. The record now before us reveals that the case has been fully and carefully tried and determined in conformity with our earlier opinion.

Affirmed.

[1] Shea v. Second Nat. Bank, 76 U.S.App. 406, 133 F.2d 17.